■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK FEDER, on Behalf of THOMAS KNESKI, Petitioner, v WARDEN, Respondent. [667 NYS2d 922] —Writ of habeas corpus in the nature of an application for bail reduction upon Richmond County Indictment No. 00011/98.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Richmond County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Rosenblatt, J. P., O'Brien, Ritter and Goldstein, JJ., concur.

(February 4, 1998)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MACARTHUR ROC, Petitioner, v JOSEPH P. JABLONSKY, as Sheriff of Nassau County, Respondent. [667 NYS2d 944] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Indictment No. 3189/97.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County Indictment No. 3189/97 to the sum of $50,000, which may be posted in the form of an insurance company bail bond or by depositing $25,000 as a cash bail alternative. Rosenblatt, J. P., Ritter, Copertino and Goldstein, JJ., concur.